IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SETH HERSHMAN : | |
| : | |
| **Plaintiff,** : | |
| : | Civil Action |
| v. : | |
| : | 13-7639 |
| MUHLENBERG COLLEGE : | |
| : | |
| **Defendant.** : | |

## ORDER

AND NOW, this 24th day of April 2014, upon consideration of Muhlenberg College's motion to dismiss (doc. no. 4), and Mr. Hershman's response thereto (doc. no. 10), **IT IS HEREBY ORDERED** that:

1. Count II of plaintiff's complaint is **DISMISSED with prejudice**;

2. The motion is otherwise **DENIED**;

3. Discovery shall be completed on or before **Friday, July 22, 2014**;

4. This case is referred to the Honorable Henry S. Perkin for the purpose of conducting a settlement conference; and

5. A telephone status conference is scheduled for **Friday, July 11, 2014 at 10:30 am**. Plaintiff's counsel will initiate the call with opposing counsel and with Judge Stengel's law clerk at 267-299-7763.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.